No. 79–5705. STANLEY v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. Sup. Ct. Ga.;

No. 79–5714. THOMAS v. ZANT, WARDEN. Sup. Ct. Ga.;

No. 79–5744. ALDERMAN v. BALKCOM, WARDEN. Sup. Ct. Ga.;

No. 79–5830. BOWDEN v. ZANT, WARDEN. Sup. Ct. Ga.; and

No. 79–5861. COPPOLA v. VIRGINIA. Sup. Ct. Va. Certiorari denied. Reported below: No. 79–5830, 244 Ga. 260, 260 S. E. 2d 465; No. 79–5861, 220 Va. 243, 257 S. E. 2d 797.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 78–6687. RUFFIN v. GEORGIA, *ante*, p. 995;

No. 79–444. FERNOS-LOPEZ v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO ET AL., *ante*, p. 931;

No. 79–479. GENINS v. GEIGER ET UX., *ante*, p. 991;

No. 79–525. MOENCKMEIER v. UNITED STATES ET AL., *ante*, p. 991;

No. 79–535. LAMPKIN-ASAM v. SUPREME COURT OF FLORIDA, *ante*, p. 1013;

No. 79–560. VISLISEL v. UNITED STATES DEPARTMENT OF LABOR ET AL., *ante*, p. 1014;

No. 79–630. HUNT ET AL. v. COASTAL STATES GAS PRODUCING CO. ET AL., *ante*, p. 992;

No. 79–699. HEYNE v. HEYNE ET AL., *ante*, p. 1008; and

No. 79–712. ASH ET UX. v. TRUSTEES FOR WESTGATE-CALIFORNIA CORP., *ante*, p. 1015. Petitions for rehearing denied.